IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LEE DISMUKE                                                                                    PETITIONER

V.                                                                                          NO. 1:10CV072-A-A

DANNY SCOTT, et al.                                                                        RESPONDENTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day, the motion to dismiss (docket number 6) is **GRANTED**. The instant petition is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

THIS the 29th day of September, 2010.

                                                 /s/ Sharion Aycock
                                                 **U.S. DISTRICT JUDGE**